**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:23-cv-01397-CNS-NRN

KYLE LEWIS,

    Plaintiff,

v.

MESA COUNTY VALLEY SCHOOL DISTRICT 51,
TAMMY ERET, in her individual capacity,
TIM LEON, in his individual capacity,
BRIAN DEGRANGE, in his individual capacity,

    Defendants.

**JOINT MOTION TO DISMISS DEFENDANT BRIAN DEGRANGE WITH PREJUDICE**

Plaintiff, **KYLE LEWIS**, by and through counsel, **NEWMAN | MCNULTY**, and Defendant, **BRIAN DEGRANGE**, by and through counsel, **SGR, LLC**, (collectively, "the parties") hereby stipulate and agree to the following pursuant to Fed.R.Civ.P. 41(a)(2):

1. A resolution has been reached in this case between Plaintiff and the City of Grand Junction.

2. Plaintiff stipulates and agrees to the dismissal of all claims for relief against Defendant Brian DeGrange, with prejudice.

3. The Court may enter an Order of Dismissal of all claims asserted against Brian DeGrange, with prejudice, without further action from the parties.

4. Plaintiff and Brian DeGrange agree each party will be responsible for their own attorney fees and costs.

5. Upon finalization of the settlement between Plaintiff and the City of Grand Junction, the parties will file a Stipulated Motion to Dismiss the City of Grand Junction, with prejudice.

**WHEREFORE**, the parties respectfully request the Court enter an Order dismissing all claims asserted by Plaintiff against Brian DeGrange, with prejudice.

Respectfully submitted this 4th day of March, 2024.

/s/  Andy McNulty
**Andy McNulty**
Newman | McNulty
1490 N. Lafayette Street, Suite 304
Denver, CO 80218
Telephone:  (720) 850-5770
E-mail: andy@newman-mcnulty.com

*Attorney for Plaintiff Kyle Lewis*

/s/   Eric Ziporin
**Eric Ziporin**
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO 80210
Telephone:  (303) 320-0509
E-mail: eziporin@sgrllc.com

/s/   Tiffany Toomey
**Tiffany Toomey**
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO 80210
Telephone:  (303) 320-0509
E-mail: ttoomey@sgrllc.com

*Attorneys for Defendant Brian DeGrange*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 4th day of March, 2024, I electronically filed a true and correct copy of the above and foregoing **JOINT MOTION TO DISMISS DEFENDANT BRIAN DEGRANGE WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Andy McNulty
Newman | McNulty
Email: andy@newman-mcnulty.com
*Counsel for Plaintiff*

M. Jonathan Koonce
Holly Eileen Ortiz
Semple Farrington Everall & Case, P.C.
Email: jkoonce@semplelaw.com
Email: hortiz@semplelaw.com
*Counsel for Defendants Mesa County Valley School District 51, Tammy Eret and Tim Leon*

/s/ Taylor Will
Taylor Will
Legal Secretary

3