**MINUTE ENTRY FOR SETTLEMENT**

TO: Docketing

FROM: Magistrate Judge N. Reid Neureiter

DATE: April 22, 2024

RE: CIVIL DOCKET FOR CASE #: 23-cv-01397-CNS-NRN
<u>Lewis v. Mesa County Valley School District 51 et al</u>

\_\_\_   A settlement conference was held on _____ and no settlement was reached as to any claims in this action.

\_\_\_   Another Settlement Conference set for _____

Updated Confidential Settlement Statements are due on or before _____.

☐   in accordance with the Court's Instructions

<u>X</u>   A settlement conference was held on this date, and a settlement was reached as to

<u>X</u>   All claims in this action. The parties shall file dismissal papers on or before <u>June 6, 2024</u>.

\_\_\_   Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before _____.

Settlement conference and preparation time involved: 5.5 hours.

\_\_\_ A record was made         <u>x</u>   No record was made

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

\_\_\_ Supplemental settlement negotiations were held in the above-captioned case.

Negotiation time involved: \_ hours \_ minutes